UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No.  05-CR-00477-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. THOMAS AUGUST FAZZIO,

      Defendant.

_____

**ORDER**
_____

      This matter is before the Court upon a review of the file.  To ensure that all

pre-trial phases of the case are complete before the commencement of the jury trial, it

is

      ORDERED that all pretrial motions shall be filed by **Monday, January 23, 2006**,

and responses to these motions shall be filed by **Friday, February 3, 2006**.  It is

      FURTHER ORDERED that a hearing on all pending motions, if any, and final

trial preparation conference is set for **Monday, February 13, 2006, at 4:00 p.m.**  It is

      FURTHER ORDERED that a three-day jury trial is set to commence **Monday,**

**February 27, 2006, at 9:00 a.m.**

Dated:  December 30, 2005

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge