# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# JUDGE WILEY Y. DANIEL

_____

| | | | |
|---|---|---|---|
| Date: | June 27, 2006 | Probation: | Elizabeth Oppenheimer |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| E.C.R./Reporter: | Kara Spitler | | |

_____

Criminal Case No: **05-cr-00477-WYD**        Counsel:

UNITED STATES OF AMERICA,                David M. Conner

       Plaintiff,

v.

**1. THOMAS AUGUST FAZZIO**,                Matthew C. Golla

       Defendant.

_____

## SENTENCING
_____

**8:35 a.m.**   Court in Session - Defendant present (in-custody)

       **Change of Plea Hearing - March 16, 2006, at 4:00 p.m.**
       **Plea of Guilty - count one of Information and count one of Indictment**

       APPEARANCES OF COUNSEL.

       Court's opening remarks.

8:36 a.m.   Statement and argument on behalf of Defendant (Mr. Golla).

8:39 a.m.   Statement and argument on behalf of Government (Mr. Conner).

8:45 a.m.   Statement and argument on behalf of Defendant (Mr. Golla).

8:48 a.m.   Statement and argument on behalf of Government (Mr. Conner).

8:57 a.m.   Statement and argument on behalf of Defendant (Mr. Golla).

Judge Wiley Y. Daniel
05-cr-00477-WYD - Sentencing Minutes
Page 2

9:08 a.m.      Statement and argument on behalf of Government (Mr. Conner).

9:13 a.m.      Statement by Defendant on his own behalf (Mr. Fazzio).

9:32 a.m.      Statement on behalf of Defendant (Mr. Golla).

Court makes findings.

**ORDERED:**   Government's Motion for Decrease for Acceptance of Responsibility (#36 - 6/27/06) is **GRANTED.**

**ORDERED:**   Defendant's Motion to Sentence Below the Advisory Sentencing Guidelines and Sentencing Memorandum (#34 - 6/13/06) is **DENIED.**

**ORDERED:**   Defendant be **imprisoned** for **46** months on each count, to run concurrently.

**Court RECOMMENDS that the Bureau of Prisons place the defendant at an institution with an alcohol abuse treatment program and that the defendant take advantage of that program during imprisonment.**

The defendant has an outstanding child support obligation payable to Adams County Department of Social Services, Child Support Enforcement. The Court recommends that the defendant participate in the Bureau of Prisons' Inmate Financial Responsibility Program in order to comply with the court ordered child support.

**ORDERED:**   Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **3** years on each count, to run concurrently.

**ORDERED:**   **Conditions** of **Supervised Release** are:

   (X)   Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.

   (X)   Defendant shall not commit another federal, state or local crime.

   (X)   Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.

   (X)   Defendant shall comply with standard conditions adopted by the Court.

Judge Wiley Y. Daniel
05-cr-00477-WYD - Sentencing Minutes
Page 3

- (X) Because this sentence imposes restitution, it is a condition of supervised release that the Defendant pay in accordance with the Schedule of Payments sheet set forth in the judgment.

- (X) Defendant shall not unlawfully possess controlled substances.

- (X) The Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and two periodic drug tests thereafter for use of a controlled substance.

- (X) The defendant shall cooperate in the collection of D.N.A. as directed by the probation officer.

**ORDERED:** **Special Condition(s)** of **Supervised Release** are:

- (X) Defendant shall participate in a program of testing and treatment for alcohol abuse as directed by the probation officer.  Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment.  Defendant will be required to pay the cost of treatment as directed by probation.

- (X) The defendant shall participate in a program of mental health treatment, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer.  The defendant will be required to pay the cost of treatment as directed by the probation officer.  The Court authorizes the probation officer to release psychological reports and/or the presentence report to the treatment agency for continuity of treatment.

- (X) The defendant shall remain medication compliant and shall take all psychotropic medications that are prescribed by his treating psychiatrist.  The defendant cooperate with random blood tests as requested by his treating psychiatrist and/or his supervising probation officer to ensure that a therapeutic level of his prescribed medications is maintained.

**ORDERED:** Defendant to make **restitution** as follows:
**$3,449.00 to the victims and in the amounts indicated in the presentence report.**

Judge Wiley Y. Daniel
05-cr-00477-WYD - Sentencing Minutes
Page 4

>Payments shall be divided equally among the victims.  Disbursement of restitution payments sent to victims and returned to the Clerk of Court as unclaimed or undeliverable shall be deposited into the Court's registry and disbursed to the remaining victims.  Disbursement of restitution payments shall be deferred until the balance of the Court's registry totals at least **$500.00**. ***The Court has determined that the defendant does not have the ability to pay interest, and it is ordered that the interest requirement is waived for the restitution.***

**ORDERED:** Defendant shall pay **$200.00** to **Crime Victim Fund** (Special Assessment) to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine, cost of incarceration or supervision.

**ORDERED:** Restitution shall be due and owing during the term of incarceration, with any unpaid balance upon release from imprisonment to be paid in equal monthly installments of at least **$150.00** during the term of supervised release.

**ORDERED:** Defendant advised of right to appeal the sentence imposed by the Court.  Any notice of appeal must be filed within ten (10) days.  Defendant advised of right to appeal in forma pauperis.

**ORDERED:** Defendant is **REMANDED** to the custody of the U.S. Marshal.

**9:38 a.m.** Court in Recess - HEARING CONCLUDED

**TOTAL TIME:  1:03**