UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No.  05-cr-00477-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. THOMAS AUGUST FAZZIO,

    Defendant.

_____

**MINUTE ORDER**
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    The Motion for Reconsideration of length of sentence, filed April 1, 2008 [#41], is **DENIED AS MOOT**.

    Dated:  May 20, 2009