UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No.  05-cr-00477-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  THOMAS AUGUST FAZZIO,

      Defendant.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

      A supervised release violation hearing is set for **Thursday, December 10, 2009, at 1:30 p.m., in courtroom A-1002.**

      September 15, 2009